UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES D. MORRISON,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>  Defendant. | No.  2:13-CV-0202-JTR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

**BEFORE THE COURT** is the parties' stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 20. Attorney Dana Chris Madsen represents Plaintiff; Special Assistant United States Attorney Carol A. Hoch represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 8.  After considering the file, and proposed order,

**IT IS ORDERED:**

1.	The parties' Stipulated Motion For Remand, **ECF No. 20**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) shall:  (1) further evaluate all of the relevant evidence of record, including the opinions of the state agency psychological consultant and Renee Thompson, Psy.D., and give reasons for the

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

weight assigned; (2) reassess Plaintiff's residual functional capacity; and (3) obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the occupational base.

    2.    Judgment shall be entered for **PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment, **ECF No. 18**, is **STRICKEN AS MOOT**.

    4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED February 20, 2014.



_____
           JOHN T. RODGERS
   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 2