UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| JAMES D. MORRISON,<br><br>              Plaintiff,<br>   v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>              Defendant. | No. 2:13-cv-0202-JTR<br><br>JUDGMENT IN A CIVIL CASE |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED:  February 20, 2014

                              SEAN McAVOY
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk